UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Annas Farra                          ,

Plaintiff,

v.

U.S. Citizenship and Immigration Services ,

Defendant.

Case No.  3:25-cv-09216-LJC

**MOTION TO SUBSTITUTE LAW FIRM; ORDER**

On behalf of (party name) Annas Farra                          , the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Sherry Haus - Buchalter LLP

Name(s) of counsel withdrawing from representation and firm name:

Jesse Bless - Bless Litigation, LLC; and Kristina David - David Strashnoy Law, PC

Date: February 2, 2026

Buchalter LLP

Sherry Haus
SBN 215123

**ORDER**

The substitutio  of attor ey(s) a d firm is hereby approved a d so ORDERED.

Date: February 6, 2026

UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California