CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SARAH E. BALKISSOON (CABN 327066)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6474
Fax: (415) 436-6748
sarah.balkissoon@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Annas Farra,<br><br>                    Plaintiff,<br><br>        v.<br><br>United States Citizenship and Immigration Services,<br><br>                    Defendant. | Case No. 3:25-cv-09216-LJC<br><br>**STIPULATION REGARDING SUMMARY JUDGMENT BRIEFING SCHEDULE; ORDER**<br><br>The Honorable Lisa J. Cisneros |

Pursuant to the Court's March 7, 2026, Order, the parties have conferred and stipulate as follows:

1.      Defendant will file a motion for summary judgment within 30 days of the filing of Defendant's answer to the amended complaint.

2.      Plaintiff will file an opposition and cross-motion for summary judgment within 14 days of the filing of Defendant's motion for summary judgment.

3.      Defendant will file an opposition to the cross motion and reply in support of Defendant's motion for summary judgment within 14 days of the filing of Plaintiff's opposition and cross-motion for summary judgment.

4.      Plaintiff will file a reply in support of Plaintiff's cross-motion for summary judgment within 7 days of the filing of Defendant's opposition to the cross-motion and reply in

support of Defendant's motion for summary judgment.

IT IS SO STIPULATED.

Dated:  March 13, 2026                          Respectfully submitted,[1]

                                                CRAIG H. MISSAKIAN
                                                United States Attorney

                                                s/ Sarah E. Balkissoon
                                                SARAH E. BALKISSOON
                                                Assistant United States Attorney

                                                Attorneys for Defendant

Dated:  March 13, 2026

                                                s/ Sherry Haus
                                                SHERRY HAUS
                                                Buchalter

                                                Attorneys for Plaintiff

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

STIPULATION REGARDING MSJ BRIEFING SCHEDULE; ORDER
NO. 3:25-cv-09216-LJC                    2

**ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED:

1.     Defendant shall file a motion for summary judgment within 30 days of the filing of Defendant's answer to the amended complaint.

2.     Plaintiff shall file an opposition and cross-motion for summary judgment within 14 days of the filing of Defendant's motion for summary judgment.

3.     Defendant shall file an opposition to the cross motion and reply in support of Defendant's motion for summary judgment within 14 days of the filing of Plaintiff's opposition and cross-motion for summary judgment.

4.     Plaintiff shall file a reply in support of Plaintiff's cross-motion for summary judgment within 7 days of the filing of Defendant's opposition to the cross-motion and reply in support of Defendant's motion for summary judgment.

DATE: March 16, 2026

_____
The Honorable Lisa J. Cisneros
U.S. Magistrate Judge