UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Annas Farra,                              ,

           Plaintiff(s),

     v.

United States Citizenship and I   ,

          Defendant(s).

Case No. 3:25-cv-09216-LJC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Brad Banias , an active member in good standing of the bar of South Carolina , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff in the above-entitled action. My local co-counsel in this case is Sherry Haus , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 215123 .

602 Rutledge Ave. Charleston SC 29403
MY ADDRESS OF RECORD

500 Capitol Mall, Suite 1900, Sacramento, CA 95814
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

843-352-4272
MY TELEPHONE # OF RECORD

916-945-5170
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

Brad@baniaslaw.com
MY EMAIL ADDRESS OF RECORD

shaus@buchalter.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 76653 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 3 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/19/2026                          Brad Banias
                                         APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Brad Banias            is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 19, 2026

_____
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021                              2

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Patricia A. Howard, Clerk of the Supreme Court of South Carolina, do hereby certify that Bradley B. Banias (Bradley B. Banias) was duly sworn and admitted as an attorney in this state on November 13, 2007 and is currently a regular member of the South Carolina Bar in good standing.

*Patricia A. Howard*
_____
CLERK

Columbia, South Carolina

March 18, 2026

This certificate of good standing was automatically generated using the South Carolina Attorney Information System. The current status of any person holding a license or certificate to practice law in South Carolina may be obtained using the search function at https://www.sccourts.org/attorneys/dspSearchAttorneys.cfm. For questions and concerns, please contact the Office of Bar Admissions at 803-734-1317.