SHERRY HAUS
Buchalter, Inc.
500 Capitol Mall, Suite 1900
Sacramento, CA 95814-4762
916-945-5468
shaus@buchalter.com

BRAD BANIAS
Banias Law, LLC
602 Rutledge Avenue
Charleston, SC 29403
843.352.4272
brad@baniaslaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Annas Farra,

                Plaintiff,

     v.

United States Citizenship and Immigration Services,

                Defendant.

Case No. 3:25-cv-09216-LJC

**JOINT STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF'S RESPONSE TO MOTION TO DISMISS AND DEFENDANT'S REPLY**

The parties hereby stipulate to extend Plaintiff's response deadline to Defendant's motion to dismiss and the Defendant's corresponding reply by 3 days, leaving Plaintiff's response to Defendant's motion to dismiss due Monday April 20, 2026, and Defendant's reply in support of Defendant's motion to dismiss due Monday, April 27, 2026. This short delay will not impact the currently scheduled argument for May 12, 2026.

Dated: April 17, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Sarah Balkissoon*
SARAH BALKISOON
Assistant United States Attorney

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
Case No. 3:25-cv-09216-LJC        1

Attorneys for Defendant

Dated: April 17, 2026

*s/ Brad Banias*
BRAD BANIAS
Banias Law, LLC
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: April 17, 2026

_____
HON. LISA J. CISNEROS
United States Magistrate Judge

Stipulation
Case No. 3:25-cv-09216-LJC                    2